UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LONE STAR WEAPONS ACADEMY L.L.C., dba SHEEP DOG MARKET<br>    Plaintiff,<br><br>v.<br><br>QUINTAL INTERNATIONAL, INC.<br>    Defendant. | § § § § § § § § § |

Case No. 4:15-cv-191-Y

## AGREED AND MUTUAL NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT and ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation of all parties, all parties to this cause come now to dismiss their claims and counterclaims with prejudice, including plaintiffs Lone Star Weapons Academy L.L.C., dba Sheep Dog Market and Lord Daniel Sportswear, Inc. and defendant Quintal International, Inc. Each hereby gives mutual notice of dismissal of this suit.

Each party shall be responsible for its own costs and expenses.

Respectfully submitted this June 6, 2016

/s/Warren V. Norred
Warren Norred, TX Bar 24045094
wnorred@norredlaw.com
NORRED LAW, PLLC
200 E. Abram St. Ste. 300:
Arlington, TX  76010
O (817) 704-3984, F (817) 524-6686
Attorney for Plaintiffs:
Lone Star Weapons Academy, L.L.C.
Lord Daniel Sportswear, Inc.

/s/ Ryan T. Beard
Ryan T. Beard, TX Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
O (512) 853-8800; F (512) 853-8801
Attorneys for Defendant
Quintal International, Inc.