```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

LONE STAR WEAPONS ACADEMY LLC   §
                                §
VS.                             §   CIVIL ACTION NO. 4:15-CV-191-Y
                                §
QUINTAL INTERNATIONAL, INC.     §

## FINAL JUDGMENT

In accordance with the Stipulation of Dismissal With Prejudice filed on June 6, 2016 and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED June 7, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/mdf